United States District Court

Eastern District of California

Mark Wayne Sprinkle,

   Plaintiff,       No. Civ. S 02-1563 LKK PAN P

 vs.           Order

Leon Robinson, et al.,

   Defendants.

          -oOo-

 Pursuant to the schedule made November 17, 2004, plaintiff's pretrial statement is due August 10, 2005, defendants' pretrial statement is due August 24, 2005, and pretrial conference is set for August 31, 2005.  Since defendants' motion for summary judgment is pending, the above dates are vacated.

 So ordered.

 Dated:  August 2, 2005.

             /s/ Peter A. Nowinski
             PETER A. NOWINSKI
             Magistrate Judge