IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Mark Wayne Sprinkle,

    Plaintiff,                      No. CIV S-02-1563 LKK PAN P

    vs.

Leon Robinson, et al.

    Defendants.                <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 3, 2005, plaintiff filed a pretrial statement and motion for production of an incarcerated witness. On August 3, 2005, the court vacated the pretrial conference and trial dates in light of defendants' motion for summary judgment. Pretrial conference and trial dates will be re-set in a separate order and until that time plaintiff's motion for production of an incarcerated witness is premature. Accordingly, IT IS HEREBY ORDERED that plaintiff's May 3, 2005 motion for production of an incarcerated witness is denied without prejudice.

DATED: February 28, 2006.

                                                      UNITED STATES MAGISTRATE JUDGE

7
spri1563.mtn incar w denied