IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK WAYNE SPRINKLE,

    Plaintiff,               No. CIV S-02-1563 LKK PAN P

    vs.

ROBINSON, et al.,

    Defendants.        ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262. On March 1, 2006, the magistrate judge in the above-captioned case recommended that defendants Robinson and Pierce's May 10, 2006 motion for summary judgement be granted. The court has reviewed the magistrate judge's findings and recommendations and as discussed below, the court declines to adopt the recommendation.

    The magistrate judge found that a pro se habeas corpus petitioner is not *required* to provide exhibits or other supporting documents with his initial petition and thus that defendants' refusal to copy the exhibits did not cause "actual injury" to plaintiff's constitutional right to access the court. Findings and Recommendations filed on March 1, 2006 at 6-7.

////

1

The court cannot agree with this conclusion at this time. First, it is not clear to the court that the relevant question is whether the prisoner was required to provide the exhibits. Rather, the appropriate question appears to be whether the failure to allow the plaintiff to provide additional evidence in support of his habeas petition resulted in the state court denying the petition on the grounds that petitioner "made no offer of proof by way of additional evidence" to support his argument that the findings of the jury were unreasonable. It does not follow that because the prisoner was not required to attach supporting documents that he did not have such a right. This becomes significant in light of the finding by the Superior Court which denied the habeas on the ground that no additional evidence was proffered.

Based on the evidence tendered, it appears that there remains a disputed fact that would defeat summary judgment. The court may need to know what the contents of the exhibits were, and if there was another opportunity given in the judicial proceedings to provide the documents before finding that the failure to provide them with the petition for habeas corpus was not the cause for the denial.

For the reasons set forth above, the court DECLINES to adopt the magistrate judge's March 1, 2006 findings and recommendations and REMANDS the case to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

DATED: March 30, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT