IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK WAYNE SPRINKLE,

        Plaintiff,                     No. CIV S-02-1563 LKK PAN P

    vs.

ROBINSON, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action seeking relief under 42 U.S.C. § 1983. On March 2, 2006, this court filed findings and recommendations recommending that defendants' May 10, 2005 motion for summary judgment be granted. By order filed March 31, 2006, the district court declined to adopt the findings and recommendations and remanded the matter to this court for further proceedings consistent with that order.

        After review of the record, and good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' May 10, 2005 motion for summary judgment is denied;

/////

/////

/////

1

2. Each party is granted thirty days from the date of this order to file, as appropriate, a motion for summary judgment accompanied by all evidence relevant to disposition of such motion.

DATED: August 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
spri1563.fmsj