BILL LOCKYER, Attorney General
 of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
DAVID A. CARRASCO, SBN 160460
Supervising Deputy Attorney General
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA 94244-2550
    Telephone: (916) 323-1938
    Fax: (916) 324-5205
    E-mail: David.Carrasco@doj.ca.gov
Attorneys for Defendants
Robinson and Pierce
SA2003100779

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARK WAYNE SPRINKLE,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBINSON and PIERCE,<br><br>    Defendants. | No. 2:02:cv-1563 LKK PAN (JFM) P<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>Fed. R. Civ. P. 6(b) |

The Court has considered Defendants' request for an extension of time to file a motion for summary judgment, and good cause appearing,

IT IS ORDERED that the deadline for filing a motion for summary judgment shall be extended 30 days to October 18, 2006.

DATED: September 7, 2006.

UNITED STATES MAGISTRATE JUDGE

14/spri1563.ext

1