IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK WAYNE SPRINKLE,

    Plaintiff,                      No. CIV S-02-1563 LKK EFB P

    vs.

LEON ROBINSON, et al.,

    Defendants.           <u>ORDER</u>

_____/

        On October 12, 2006, plaintiff filed a request for an extension of time to file and serve a motion for summary judgment. On October 17, 2006, plaintiff filed a motion for summary judgment and an opposition to defendants' motion for summary judgment. Plaintiff's request for an extension of time is denied as moot.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 12, 2006, request for an extension of time is denied as moot; and

        2. Plaintiff's motion for summary judgment and response in opposition to defendants' motion for summary judgment are deemed timely filed.

DATED: November 15, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE