IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK WAYNE SPRINKLE,

      Plaintiff,                    No. CIV S-02-1563 LKK EFB P

    vs.

LEON ROBINSON, et al.,

      Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 20, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Defendants filed objections to the findings and recommendations on September 4, 2007. Plaintiff filed a reply to defendants' objections on September 11, 2007.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 20, 2007, are adopted in full;

2. Defendants' September 26, 2006, motion for summary judgment is denied;

3. Plaintiff's October 17, 2006, motion for summary judgment is granted as to liability; and

4. The matter is remanded to the magistrate judge to set a schedule for briefing as to damages, including whether there are disputed issues of material fact as to damages.

DATED: September 26, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT