1   EDMUND G. BROWN JR., Attorney General
      of the State of California
2   DAVID S. CHANEY
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   MONICA N. ANDERSON
    Supervising Deputy Attorney General
5   DAVID A. CARRASCO, SBN 160460
    Supervising Deputy Attorney General
6       1300 I Street, Suite 125
        P.O. Box 944255
7       Sacramento, CA 94244-2550
        Telephone: (916) 323-1938
8       Fax: (916) 324-5205
        E-mail: David.Carrasco@doj.ca.gov
9
    Attorneys for Defendants
10  Robinson and Pierce
    SA2003100779
11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13

14  MARK WAYNE SPRINKLE,                No. 2:02-cv-1563 LKK EFB P

15                      Plaintiff,      **ORDER FOR SETTLEMENT
                                        CONFERENCE**
16          v.

17  ROBINSON and PIERCE,

18                      Defendants.

19

20          The Court, having considered the parties' stipulation for a settlement conference, and good

21  cause showing, orders that a settlement conference shall be convened before the undersigned in

22  Courtroom No. 25 on November 15, 2007, at 10:00 o'clock.  The Court will issue a writ of habeas

23  corpus ad testificandum to provide for plaintiff's appearance.

24          Plaintiff and defense counsel are directed to submit settlement conference statements to the

25  undersigned not later than seven (7) days prior to the conference.  At counsel's option, such

26  statements may be submitted in confidence pursuant to Local Rule 16-270(d).

27

28

                        **ORDER FOR SETTLEMENT CONFERENCE**

1    Each party is directed to have a principal capable of disposition at the Settlement

2 Conference or to be fully authorized to settle the matter on any terms and at the Settlement

3 Conference.

4    SO ORDERED.

5 DATED:  October 16, 2007.

6                                              EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER FOR SETTLEMENT CONFERENCE**