IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK WAYNE SPRINKLE,

    Plaintiff,                         No. CIV S-02-1563 LKK EFB P

    vs.

LEON ROBINSON, et al.,

    Defendants.                ORDER

_____/

    The above-captioned case came on for settlement conference before the undersigned on November 15, 2007. The case did not settle. Accordingly, the court hereby orders the parties to brief the issues contained in the district judge's September 26, 2007, order, specifically the appropriate "schedule for briefing as to damages, including whether there are disputed issues of material fact as to damages," and whether damages are amenable to determination by way of cross-motions for summary judgment or trial to the court. The parties' briefs shall be filed not later than thirty days from the date of service of this order.

    So ordered.

DATED: November 15, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE