IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK WAYNE SPRINKLE,

    Plaintiff,                         No. CIV S-02-1563 LKK EFB P

    vs.

LEON ROBINSON, et al.,

    Defendants.                  <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 25, 2009, he requested a 30 day extension of time "to comply" with the Court's June 15, 2009 Pretrial Order and to file the "necessary motions." This request will be construed as a request for an extension of time to file and serve a response to the Pretrial Order and to comply with the witness requirements set forth in the Court's February 12, 2008 Order.[1] *See* Fed. R. Civ. P. 6(b).

        Plaintiff's request is granted. Plaintiff has 30 days from the date this order is served to file and serve a response to the June 15, 2009 Pretrial Order or to defendant's objections thereto,

---

[1] No other deadlines were triggered by the issuance of the June 15, 2009 Pretrial Order. All other deadlines set forth in that order either do not commence until that Order becomes final or are calculated based on the trial date.

1

and to comply with the witness requirements set forth in the February 12, 2008 Order.

Additionally, in light of this extension and in light of defendant's June 19, 2009 motion for reconsideration, which is currently pending, the Trial Confirmation Hearing scheduled in this case for August 17, 2009 is CONTINUED to September 28, 2009 at 11:15 AM in Courtroom 4. All other deadlines in the case remain unchanged.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff has 30 days from the date this order is served to file and serve a response to the June 15, 2009 Pretrial Order or to defendant's objections thereto, and to comply with the witness requirements set forth in the February 12, 2008 Order; and

2. The Trial Confirmation Hearing scheduled in this case for August 17, 2009 is CONTINUED to September 28, 2009 at 11:15 a.m. in Courtroom No. 4.  Not later than 30 days preceding the trial confirmation hearing, the court will issue a writ to provide for plaintiff's attendance by videoconference.

Dated: July 16, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE