## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

MARK WAYNE SPRINKLE,

        Plaintiff,                No. CIV S-02-1563 LKK EFB P

vs.

LEON ROBINSON, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

        Mark Wayne Sprinkle, inmate # K-24619, a necessary and material witness in proceedings in this case on September 28, 2009, is confined in Mule Creek State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Mule Creek State Prison, on September 28, 2009, at 11:15 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Michael Martel, Acting Warden, Mule Creek State Prison, 4001 Highway 104, P.O. Box 409099, Ione, CA 95640:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  August 26, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE