IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK WAYNE SPRINKLE,

    Plaintiff,                    No. CIV S-02-1563 LKK EFB P

    vs.

LEON ROBINSON, et al.,

    Defendants.             <u>ORDER</u>

_____/

        The parties are hereby ordered to brief the issues contained in the district judge's September 29, 2009 order; specifically, whether the inclusion of plaintiff's exhibits with his habeas petition would have altered the result of his criminal conviction and sentence, and how that issue relates to plaintiff's claim for damages. Within thirty days from the date of service of this order, plaintiff shall file his opening brief on these questions. Within two weeks of the service and filing of plaintiff's brief, defendants shall file their response brief. Plaintiff's reply, if any, shall be filed withing two weeks of the service of defendant's response brief.

        SO ORDERED.

Dated: October 6, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE