UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WAYNE SPRINKLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEON ROBINSON,<br><br>　　　　Defendant. | No. 2:02-cv-1563-JAM-EFB P<br><br>ORDER APPOINTING COUNSEL |

　　　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  M. Greg Mullanax has been selected from the court's pro bono attorney panel to represent plaintiff for the limited purpose of briefing the *Heck* issue (*Heck v. Humphrey*, 512 U.S. 477 (1994)), as outlined in the district judge's order dated November 7, 2014 at ECF No. 157, and he has agreed to be appointed.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. M. Greg Mullanax is appointed as counsel in the above entitled matter.  He is appointed as limited purpose counsel in the above entitled matter.  This appointment is for the limited purpose of briefing the *Heck* issue as delineated in the district judge's order dated November 7, 2014 at ECF No. 157.

2. Mr. Mullanax's appointment will continue through the resolution of that issue, or until further order of the court.

3. Prior to the termination of the appointment, the court will accord counsel the option of continuing his representation of plaintiff or, at his discretion, proceeding as plaintiff's appointed counsel for purposes of further proceedings in this case through settlement and/or trial. If counsel does not wish to continue representation of plaintiff after he has carried out his limited purpose, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

4. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon M. Greg Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Ave., Suite 101, Fresno, CA 93703.

DATED: January 14, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE