1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARK WAYNE SPRINKLE,                    No.  2:02-cv-1563-JAM-EFB P

12                Plaintiff,

13        v.                                 <u>ORDER</u>

14   LEON ROBINSON, et al.,

15                Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  He requests that the court reconsider its denial of his motion to appoint counsel.

19   ECF No. 188.  As the court's prior order informed plaintiff, district courts lack authority to

20   require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v. United States*

21   *Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request an

22   attorney to voluntarily to represent such a plaintiff.  *See* 28 U.S.C. § 1915(e)(1); *Terrell v.*

23   *Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th

24   Cir. 1990).  When determining whether "exceptional circumstances" exist, the court must

25   consider the likelihood of success on the merits as well as the ability of the plaintiff to articulate

26   his claims pro se in light of the complexity of the legal issues involved.  *Palmer v. Valdez*, 560

27   F.3d 965, 970 (9th Cir. 2009).  Having considered those factors, the court again finds there are no

28   exceptional circumstances in this case.  While plaintiff urges that he is not trained in law and will

                                          1

face difficulty in preparing for trial, this fact is shared by many, if not the majority, of indigent prisoners. The issues that remain for trial in this case – the type and amount of damages plaintiff may recover – do not present the degree of legal complexity that warrants appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration of his motion for appointment of counsel (ECF No. 188) is denied.

DATED: December 14, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE