# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

MARK WAYNE SPRINKLE,   No. 2:02-cv-1563-JAM-EFB P

    Plaintiff,

  v.

LEON ROBINSON, et al.,

    Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Mark Wayne Sprinkle, CDCR # K-24619, a necessary and material witness in a settlement conference in this case on March 1, 2018, is confined in California Institution for Men (CIM), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jennifer L. Thurston at the U. S. District Court, 510 19th Street, Bakersfield, California 93301, on Thursday, March 1, 2018 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CIM, P.O. Box 128, Chino, California 91708:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Thurston at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 29, 2018.

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE