1

2

3

4

5

6

7

8                               **UNITED STATES DISTRICT COURT**

9                                EASTERN DISTRICT OF CALIFORNIA

10

11  MARK WAYNE SPRINKLE,                          Case No.: 2:02-cv-01563 JAM EFB (PC)

12                           Plaintiff,           ORDER VACATING SETTLEMENT
                                                  CONFERENCE
13       vs.
                                                  ORDER VACATING WRIT AD
14  LEON ROBINSON, et al.,                        TESTIFICANDUM

15                           Defendants.

16

17         The plaintiff has alerted the Court that he is not interested in settling this matter.[1]  (Doc.

18  196)  Likewise, the Court has been advised that previous settlement communications between the

19  plaintiff and the defense attorney demonstrate that settlement does not appear to be feasible, given

20  the widely divergent views of the settlement value of the case.  Thus, the settlement conference,

21  set on March 1, 2018 is **VACATED**.  Accordingly, inmate Mark Wayne Sprinkle CDC #K24619,

22  is no longer needed by the Court in these proceedings and the writ of habeas corpus ad

23  testificandum to transport this inmate on January 30, 2018 (Doc 194) is **VACATED**.

24
    IT IS SO ORDERED.
25

26      Dated:   **February 27, 2018**              **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE
27

28
    _____
    [1] The plaintiff's motion to vacate the settlement conference (Doc. 196) is **GRANTED**.