UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WAYNE SPRINKLE, | No. 2:02-cv-1563-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| LEON ROBINSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The court has already determined liability; trial is scheduled to begin May 7, 2018 to determine the amount of damages. Plaintiff has requested the attendance of two incarcerated witnesses at trial. ECF No. 189 at 4. One of those witnesses, Michael Edward Equels, appears to no longer be incarcerated, according to this court's search of the California Department of Corrections Inmate Locator. https://inmatelocator.cdcr.ca.gov/search.aspx (last searched March 15, 2018). Accordingly, the court will issue writs of habeas corpus ad testificandum to secure the presence of plaintiff and his other incarcerated witness, Thomas Hightower, at trial, but plaintiff must comply with the procedures set forth in the court's order of August 18, 2017 (ECF No. 174) if he wishes to secure the presence of Mr. Equels. For plaintiff's convenience, court will reiterate those procedures:

/////

I.  Procedures for Obtaining Attendance of Unincarcerated Witnesses Who Agree to Testify Voluntarily

A party need not obtain an order to produce an unincarcerated witness who intends to testify voluntarily. However, the party is responsible for ensuring attendance of such a witness.

II. Procedures for Obtaining Attendance of Unincarcerated Witnesses Who Refuse to Testify Voluntarily

To obtain the presence of a witness who is at liberty and who refuses to testify voluntarily, the party who intends to present that witness's testimony, and who proceeds in forma pauperis, must complete and submit to the United States Marshal a subpoena for service upon the witness. Blank subpoena forms may be obtained from the Clerk of the Court. Along with a completed subpoena, the party must also submit a copy of the court's order granting that party in forma pauperis status. Additionally, the party must tender a money order payable to the witness in the amount of the daily witness fee, $40.00, plus the witness's travel expenses. The party must also notify the court that these materials have been submitted to the United States Marshal *not earlier than four weeks and not later than two weeks before trial*. A subpoena will not be served by the United States Marshal upon an unincarcerated witness unless the subpoena is accompanied by the materials listed above. No statute authorizes the use of public funds for expenses in civil cases and so even a plaintiff proceeding in forma pauperis must tender any witness fees and travel expenses.

Dated: March 20, 2018.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE