UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WAYNE SPRINKLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEON ROBINSON, et al.,<br><br>　　　　　Defendants. | No. 2:02-cv-1563-JAM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The court has already determined liability; trial is scheduled to begin May 7, 2018 to determine the amount of damages. Plaintiff informs the court that he has been deprived of one-third of his legal property pertaining to this case and seeks a court order mandating the return of that property. ECF No. 199. Within 14 days of the date of this order, defense counsel shall inquire into the status of plaintiff's access to his legal property and file a declaration informing the court of whether plaintiff's property has been returned to him.

So ordered.

DATED: April 17, 2018.

　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE