UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WAYNE SPRINKLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEON ROBINSON, et al.,<br><br>　　　　Defendants. | No. 2:02-cv-1563-JAM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The court has already determined liability; trial is scheduled to begin May 7, 2018 to determine the amount of damages. On April 17, 2018, the court ordered defense counsel to inquire into the status of plaintiff's access to his legal property and file a declaration within 14 days to inform the court whether plaintiff's legal property has been returned to him. ECF No. 206. However, in light of the fast-approaching trial date, the court hereby AMENDS that order as follows: On or before April 23, 2018, defense counsel shall file a declaration informing the court of whether the legal property pertaining to this case has been returned to plaintiff, or, if it has not, when it will be returned to him. The court will closely scrutinize any denial of access to such property this close to trial.

　　So ordered.

DATED: April 17, 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE