IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MARK WAYNE SPRINKLE,**

Plaintiff,

v.

**L. ROBINSON et al.,**

Defendants.

Case No. 2:02-cv-1563 JAM EFB

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Having read and considered Defendants' *ex parte* application for an extension of time to move for summary judgment, and with good cause appearing, the Court **ORDERS** as follows:

1. Defendants' application is **GRANTED**; and
2. Defendants shall file any dispositive motion concerning Plaintiff's entitlement to damages on or before **September 28, 2018**.

**IT IS SO ORDERED.**

Dated: August 27, 2018

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE