IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK WAYNE SPRINKLE,**<br><br>Plaintiff,<br><br>v.<br><br>**LEON ROBINSON et al.,**<br><br>Defendants. | Case No. 2:02-cv-1563 JAM EFB<br><br>[~~PROPOSED~~] ORDER GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

Having read and considered Defendants' *ex parte* application for an extension of time to file the declaration of A. Neihaus in support of their motion for summary judgment, and with good cause appearing, the Court **ORDERS** as follows:

1. Defendants' application is **GRANTED**; and
2. Defendants shall file the declaration of A. Neihauson or before **October 1, 2018**.

**IT IS SO ORDERED.**

Dated: October 1, 2018

_The Honorable Edmund F. Brennan_

1