UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WAYNE SPRINKLE,<br><br>Plaintiff,<br><br>v.<br><br>LEON ROBINSON, et al.,<br><br>Defendants. | No. 2:02-cv-1563-JAM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On September 28, 2018, defendants filed a motion for summary judgment on the sole remaining issue of damages. ECF No. 244. Plaintiff's opposition to the motion is due October 19, 2018 (or possibly some days later depending on when plaintiff was served with the motion). E.D. Cal. L.R. 230(*l*). Plaintiff seeks an extension of time of two months to file the brief. ECF No. 248. Plaintiff states that he needs time to research the issues and that his time is currently occupied in preparing for a parole consideration hearing. *Id.* He does not inform the court of the date of the parole hearing, however.

Based on the current information provided by plaintiff, an extension of two months is not warranted and would unduly delay the case, which is set for trial on February 4, 2019. Without knowing the date of the parole consideration hearing, the court cannot determine when plaintiff will be able to turn his attention to the opposition brief. Nevertheless, in light of plaintiff's

1

representations, a limited extension to file the opposition is granted.  Plaintiff shall file the opposition brief on or before November 19, 2018.

So ordered.

Dated: October 17, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE